[No. 31572-0-III.  Division Three.  October 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ALBERT STOKER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03648-1, Gregory D. Sypolt, J., entered March 28, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 31643-2-III.  Division Three.  October 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-1-01214-1, Craig J. Matheson, J., entered April 24, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 31860-5-III.  Division Three.  October 21, 2014.]

*In the Matter of the Dependency of* E.W.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 12-7-00188-9, M. Scott Wolfram, J., entered January 18, 2013. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32158-4-III.  Division Three.  October 21, 2014.]

*In the Matter of the Marriage of* JOANNE M. GRAHAM, *Appellant*, and ARCH D. GRAHAM, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-3-00446-6, Christine Schaller, J., entered August 31, 2012. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.